ORDERED UNSEALED on 09/10/2026 s/ melindajw

SEALED

FILED
Sep 09 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ TC DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR ORLANDO BASTIDAS BRAVO, aka "Bonito,"<br>Defendant. | Case No. '26 CR3623 H<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 960a and 841(a)(1), 841(b)(1)(A) – Narcoterrorism; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Sec. 2339B(a)(1) – Providing Material Support to Foreign Terrorist Organization; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Secs. 981(a)(1)(C) and 981(a)(1)(G), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

**INTRODUCTION**

1. On or about December 1, 2021, upon publication in the Federal Register, the United States Secretary of State, in consultation with the Attorney General and Secretary of the Treasury, designated the Segunda Marquetalia as a foreign terrorist organization, after finding that the organization engages in terrorist activity.

//

//

JBA:nlv:San Diego:9/9/26

**Count 1**

**(Narcoterrorism)**

**[21 U.S.C. §§ 960a, 841(a)(1), 841(b)(1)(A) & 18 U.S.C. § 2]**

2. Beginning on or about January 2017 and continuing up to and including on or about August 8, 2026, in the country of Colombia and elsewhere, defendant HECTOR ORLANDO BASTIDAS BRAVO, aka "Bonito," who will first enter the United States in the Southern District of California, did knowingly and intentionally engage and attempt and conspire to engage in conduct in and affecting interstate and foreign commerce and that would be punishable under Title 21, United States Code, Section 841(a)(1), if committed within the jurisdiction of the United States, that is, to knowingly and intentionally manufacture, distribute and possess with intent to distribute 5 kilograms and more of cocaine, a Schedule II Controlled Substance; knowing and intending to provide directly and indirectly, anything of pecuniary value to any person and organization that has engaged and engages in terrorist activity and terrorism, namely, the Comandos de la Frontera, having knowledge that Comandos de la Frontera has engaged and engages in terrorist activity and terrorism; all in violation of Title 21, United States Code, Sections 960a, 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

**Count 2**

**(Providing Material Support to Foreign Terrorist Organization)**

**[18 U.S.C. §§ 2339B(a)(1)]**

3. Paragraph 1 is re-alleged and incorporated herein.

//

//

//

4. Beginning at a date unknown to the grand jury, but at least since on or about December 1, 2021, and continuing up to and including on or about November 1, 2024, in an offense occurring in and affecting interstate and foreign commerce, and begun and committed outside of the jurisdiction of any particular state and district of the United States, defendant HECTOR ORLANDO BASTIDAS BRAVO, aka "Bonito," who will first enter the United States in the Southern District of California, did knowingly conspire with others known and unknown to the grand jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), to wit: personnel and property, to the Segunda Marquetalia, a foreign terrorist organization, which was designated a foreign terrorist organization on December 1, 2021, by the United States Secretary of State, knowing that the Segunda Marquetalia had engaged in and was engaging in terrorist activity; all in violation of Title 18, United States Code, Section 2339B(a)(1).

Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 and 2 are realleged and incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 981(a)(1)(C) and (G), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant HECTOR ORLANDO BASTIDAS BRAVO, aka "Bonito," shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendant obtained, directly and indirectly, as

the result of the offense, and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

3. Upon conviction of the offense alleged in Count 2 of this Indictment, and pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(G), and Title 28, United States Code, Section 2461(c), defendant HECTOR ORLANDO BASTIDAS BRAVO, aka "Bonito," shall forfeit to the United States all rights, title and interest in any and all property, real and personal, which constitutes and is derived from any proceeds traceable to the violation, and all assets, foreign and domestic, of the defendant, and all assets acquired and maintained with the intent and for the purpose of supporting, planning, conducting and concealing the violation, and all assets derived from, involved in, and used and intended to be used to commit the crime.

4. If any of the above-described forfeitable property, as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

//

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property. All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(G), and Title 28, United States Code, Section 2461(c).

DATED: September 9, 2026.

[redacted]

ADAM GORDON
United States Attorney

By: [signature]
JORDAN B. ARAKAWA
Assistant U.S. Attorney